[No. 8018–1–I.   Division One.   October 27, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT RONALD LUDER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 10294, Jack S. Kurtz, J., entered August 29, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 7931–0–I.   Division One.   October 27, 1980.]

REALTY CORPORATION OF AMERICA, *Appellant,* v. NORMAN FRAGNER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 858110, Arthur E. Piehler, J., entered July 3, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by Callow, C.J., and Ringold, J.

[No. 6842–3–I.   Division One.   October 27, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. WARREN BYRON PALMER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85314, Peter K. Steere, J., entered August 7, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Dore, JJ.

[No. 7578–1–I.   Division One.   October 27, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY JO CUMMINGS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. J–86887, Stephen M. Reilly, J., entered April 9, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Dore, JJ.